## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                     )
                           )     Case No. 11 B 40885
HIGHLAND ESTATES LIMITED    )
PARTNERHIP I,               )     Chapter 11
                           )
           Debtor(s).        )
_____ )
                           )

### FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before June 6, 2012, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1.     A brief statement of the theory of each claim and each defense;
2.     A statement of stipulated facts in numbered paragraphs;
3.     A statement of numbered paragraphs setting out the material facts which are in dispute;
4.     Each party's list of witnesses with any objections noted, stating grounds;
5.     Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at the evidentiary hearing. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

A status on the combined plan confirmation and adequacy of disclosure statement hearing is set for June 7, 2012 at 10:30 a.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

ENTER:

Dated: May 24, 2012

*Carol A. Doyle*

Carol A. Doyle
United States Bankruptcy Judge